# PETRICKA LAW FIRM, P.A.
## ATTORNEY AT LAW

---

| | | |
|---|---|---|
| 150 South Fifth Street | 3100 Fifth Street Towers | Minneapolis, MN  55402 |
| (612) 339-0585 fax | (612) 465-0945 | petricka@visi.com |

August 13, 2015

E:Filed

The Honorable David S. Doty
United States District Judge
U.S. Courthouse, Suite 14W
300 South Fourth Street
Minneapolis, MN  55415

  Re: Alan G. Keiran and Mary J. Keiran v. Home Capital, Inc. et al.
     Court File:  Civil No. 10-4418 (DSD/JSM)

Dear Judge Doty:

Pursuant to my telephone conversation with your Judicial Clerk, on behalf of the Plaintiffs I am providing the below supplemental legal authority that I became aware of as it relates to the pending motions for summary judgment in the above-referenced case, which were argued before you Friday, August 7, 2015 (Doc. Nos. 59 & 71):

***Bank of Am. v. Peterson***, 746 F.3d 357, 361 (8th Cir. 2014) (remanded on the issue of rebuttable presumption).

  Issues: Evidence needed to rebut presumption of delivery.
      Damages for failure to rescind claim.

***Gardner v. Montgomery Co. Teachers Fed. Cr. Union***., 864 F.Supp.2d 412 (D. Md. 2012)

  Issue: Burden of proof upon presenting prima facie violation of TILA.

                      Respectfully Submitted,

                       /s/ LuAnn M. Petricka
LMP:em                    LuAnn M. Petricka
Enc.
C: Michelle Weinberg, Esq.  (efiling / email)
   Charles Macdonald, Esq. "    "
   Clients